THE PEOPLE OF THE STATE OF NEW YORK ex rel. VITO PIZZITOLA, Appellant, against SAM CICCOSILLO et al., Respondents.—

Nolan, P. J., Carswell, Adel, Wenzel and Mac-Crate, JJ., concur.